UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-08-5309-CAS (FMOx) | Date | October 15, 2008 |
|---|---|---|---|
| Title | Sancon Resources Recovery, Inc. v. Bear Creek Capital | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  **(IN CHAMBERS): ORDER TO SHOW CAUSE RE: WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

On August 13, 2008, plaintiff Sancon Resources Recovery, Inc. filed the instant action against defendant Bear Creek Capital, asserting claims for breach of contract, fraud, and injunctive relief. Plaintiff alleges that this Court has subject matter jurisdiction over plaintiff's claims pursuant to 28 U.S.C. § 1332.

Under 28 U.S.C. § 1332, federal courts may exercise jurisdiction only where there is complete diversity of citizenship between plaintiff and defendant and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332. Pursuant to 28 U.S.C. § 1332(c)(1), "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business."

Plaintiff alleges that it is a Nevada corporation and that defendant is a Florida corporation, and that, therefore, the diversity of citizenship requirement of 28 U.S.C. § 1332 is satisfied. However, plaintiff does not allege either plaintiff's or defendant's principal place of business. Without a showing of plaintiff's and defendant's principal place of business, the Court is unable to conclude that there is diversity of citizenship pursuant to 28 U.S.C. § 1332.

Plaintiff is hereby ORDERED TO SHOW CAUSE, on or before October 30, 2008, why the instant action should not be dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-08-5309-CAS (FMOx) | Date | October 15, 2008 |
|---|---|---|---|
| Title | Sancon Resources Recovery, Inc. v. Bear Creek Capital | | |